IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:16-cv-126

| | |
|---|---|
| RONALD RICHARDSON, Individually, | ) |
| Plaintiff, | ) |
| v. | ) |
| C. LESTER HOWARD, JR.<br>JULIA A. CADE<br>ROY H. BYRD, JR.<br>FAYETTEVILLE I ASSOCIATES, | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME plaintiff Ronald Richardson and defendant Fayetteville I Associates, the only remaining parties who have appeared in this action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the voluntary dismissal with prejudice of all claims remaining this action, with each party to bear its or his own costs.

**STIPULATED AND AGREED TO**, this the 29th day of March, 2017.

|  | **EVERETT GASKINS HANCOCK LLP** |
|---|---|
| /s/ Christopher D. Lane | /s/ James M. Hash |
| Christopher D. Lane | E.D. Gaskins, Jr. |
| N.C. State Bar No. 20302 | N.C. State Bar No. 1606 |
| 3802 Clemmons Road | James M. Hash |
| Clemmons, NC 27012 | NC State Bar No. 38221 |
| Phone: (336) 766-0229 | 220 Fayetteville Street, Suite 300 |
| Facsimile: (336) 766-9145 | P.O. Box 911 |
| cdllaw@juno.com | Raleigh, North Carolina 27602 |
|  | Phone: (919) 755-0025 |
| *Attorney for Plaintiff* | Facsimile: (919) 755-0009 |
|  | ed@eghlaw.com |
|  | james@eghlaw.com |
|  | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing *Stipulation of Voluntary Dismissal With Prejudice* was electronically filed via CM/ECF and served via U.S. Mail and email to the following:

Christopher D. Lane
N.C. State Bar No. 20302
3802 Clemmons Road
Clemmons, NC 27012
Phone: (336) 766-0229
Facsimile: (336) 766-9145
cdllaw@juno.com
chrislanelaw@gmail.com

This the 29th day of March, 2017.

**EVERETT GASKINS HANCOCK LLP**

/s/ James M. Hash
E.D. Gaskins, Jr.
N.C. State Bar No. 1606
James M. Hash
NC State Bar No. 38221
220 Fayetteville Street, Suite 300
P.O. Box 911
Raleigh, North Carolina 27602
Phone: (919) 755-0025
Facsimile: (919) 755-0009
ed@eghlaw.com
james@eghlaw.com